**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**UNITED STATES OF AMERICA**               22-cr-00158 (AMD) (RML)

                -against-

**SIYANG CHEN, et al.,**
                            Defendants
-----------------------------------------------------------------X

<u>**NOTICE OF APPEARANCE**</u>

PLEASE TAKE NOTICE that STEPHEN MULLKOFF, ESQUIRE from this point forward will serve as lead counsel in the above-captioned matter.

All future correspondence in the above-captioned matter should be sent to counsel via CM/ECF or:.

    Stephen Mullkoff, Esq.
    350 Fifth Avenue
    59th Floor
    New York, NY 10118
    917.655.9000
    Mullkoff@Live.com

                                                       _____

Dated 06/14/2022                    STEPHEN MULLKOFF, ESQ.
                                                   Counsel for JILONG YU